LAWRENCE H. ROSENTHAL, INDIVIDUALLY AND t/a IN-
DUSTRIAL REALTY AND FEIST & FEIST, A NEW JER-
SEY CORPORATION, PLAINTIFFS-APPELLANTS, v. ART
METAL, INC., ETC., AND GENERAL DYNAMICS CORPO-
RATION, ETC., DEFENDANTS-RESPONDENTS.

Argued March 5, 1969—Decided March 17, 1969.

*Mr. Edwin H. Stern* argued the cause for appellant,
Feist & Feist (*Messrs. Hellring, Lindeman & Landau,* at-
torneys).

*Mr. Joel Sondak* argued the cause for appellant Lawrence
H. Rosenthal (*Messrs. Okin, Okin & Sondak,* attorneys;
*Messrs. Schechner & Targan,* of counsel).

*Mr. William L. Dill, Jr.,* argued the cause for respondent
General Dynamics Corp. (*Messrs. Stryker, Tams & Dill,*
attorneys; *Mr. W. Hunt Dumont,* of counsel).

*Mr. Richard R. Hellstern* argued the cause for respondent
Art Metal, Inc. (*Messrs. Lowenstein, Sandler, Brochin &
Kohl,* attorneys; *Mr. Murry D. Brochin* and *Mr. Richard R.
Hellstern,* of counsel).

PER CURIAM. The judgment is affirmed for the reasons
expressed in the opinion of the Appellate Division, 101
*N. J. Super.* 156.

*For affirmance*—Justices JACOBS, FRANCIS, PROCTOR,
HALL, SCHETTINO and HANEMAN—6.

*For reversal*—None.